

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

**LEON OSCAR RAMIREZ, JR.**, Individually, and Jesus M. Dominguez, as Guardian for
Minerva Clementina Ramirez, an incapacitated person, Individually,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellees' unopposed motion for extension of time to file the appellees' brief is granted. We order appellees' brief due May 31, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court